■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v EUGENE KENNEDY, Appellant. [849 NYS2d 188]—Judgment, Supreme Court, New York County (Robert Straus, J.), rendered on or about June 15, 2005, unanimously affirmed. No opinion. Order filed. Concur—Tom, J.P., Saxe, Friedman and Williams, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v CEASAR SANTOS, Appellant. [849 NYS2d 188]—Judgment, Supreme Court, Bronx County (Phyllis Skloot Bamberger, J.), rendered on or about June 13, 2005, unanimously affirmed. No opinion. Order filed. Concur—Tom, J.P., Saxe, Friedman and Williams, JJ.